■ In the Matter of ARRELLO BARNES, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of

Corrections and Community Supervision, Respondent. [987 NYS2d 589]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.